**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSEPH KEITH WILLIAMS,

    Plaintiff,

v.                                      Case No:   6:21-cv-1231-CEM-LHP

ALLIANZ LIFE INSURANCE
COMPANY OF NORTH AMERICA,

    Defendant

**ORDER**
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) and UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES (Doc. No. 19)
>
> **FILED:**     October 7, 2022
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Joseph Keith Williams, Power of Attorney for Betty G. Williams, filed a Complaint for Long Term Care Insurance Benefits against Defendant Allianz Life

Insurance Company of North America. Doc. No. 1-1.[1] By the present motion, Mr. Williams wishes to be substituted as the named Plaintiff in his capacity as personal representative of Ms. Williams' estate, stating that Ms. Williams passed away on April 19, 2022. Doc. No. 19. *See also* Doc. No. 19-1 (August 12, 2022 Letters of Administration appointing Mr. Williams as personal representative of the estate of Betty June Williams). Defendant does not oppose the requested substitution. *Id.* ¶ 6.

Upon consideration, the Court finds the request well taken. *See* Fed. R. Civ. P. 25(a). Joseph Keith Williams, personal representative of the estate of Betty June Williams, is hereby substituted as Plaintiff in this case, and the Clerk of Court shall amend the caption of the case to reflect the substitution.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2022.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Although the above-styled motion suggests that Betty Williams is the named Plaintiff, the case was instituted by Joseph Keith Williams, Power of Attorney for Betty Williams. *See* Doc. No. 1-1.